UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMIA MCCULLER,
          Plaintiff,

vs.     6:21-CV-6763-FPG-MJP

THE CITY OF ROCHESTER,
MICHAEL COLLINS,
AMBER GROSCH,
JUSTIN WHITMORE,
HENRY FAVOR,
RAYMOND DEARCOP,
RALPH MONTINARELLI,
JOSEPH MORABITO,
SAMUEL LUCYSHYN,
JOHN DOE POLICE OFFICERS 1-200 (names
and number of whom are unknown at present),

          Defendants.

---

## ENTRY OF DEFAULT

It appearing that defendants THE CITY OF ROCHESTER, MICHAEL COLLINS, AMBER GROSCH, JUSTIN WHITMORE, HENRY FAVOR, RAYMOND DEARCOP, RALPH MONTINARELLI, JOSEPH MORABITO and SAMUEL LUCYSHYN are in default for failure to plead or otherwise defend as required by law.

Default is hereby entered as against said defendants on July 18, 2024.

          MARY C. LOEWENGUTH
          Clerk of Court
          United States District Court

    (By):  s/John H. Folwell
            John H. Folwell
            Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MASAI ANDREWS,

        Plaintiff,

vs.                                            6:21-CV-6764-FPG-MJP

THE CITY OF ROCHESTER, a municipal entity,
TYSHON WILLIAMS,
SHAWN JORDAN,
ALEXANDER ELMORE,
PAUL ROMANO,
STEVEN KOVACIC,
MICHAEL FAY,
HENRY FAVOR,
NASER ZENELOVIC.
RAYMOND DEARCOP,
RALPH MONTINARELLI,
JOSEPH MORABITO,
SAMUEL LUCYSHYN,
JOHN DOE POLICE OFFICERS 1-200 (names and number of whom are unknown at present),

        Defendants.

---

## ENTRY OF DEFAULT

It appearing that defendants THE CITY OF ROCHESTER, a municipal entity, TYSHON WILLIAMS, SHAWN JORDAN, ALEXANDER ELMORE, PAUL ROMANO, STEVEN KOVACIC, MICHAEL FAY, HENRY FAVOR, NASER ZENELOVIC. RAYMOND DEARCOP, RALPH MONTINARELLI, JOSEPH MORABITO and SAMUEL LUCYSHYN are in default for failure to plead or otherwise defend as required by law.

Default is hereby entered as against said defendants on July 18, 2024.

                                          MARY C. LOEWENGUTH
                                          Clerk of Court
                                          United States District Court

                        (By):    s/John H. Folwell
                                  John H. Folwell
                                  Deputy Clerk