UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| MASAI ANDREWS, | |
|---|---|
| Plaintiff, | STIPULATION |
| -against- | |
| THE CITY OF ROCHESTER, a municipal entity, TYSHON WILLIAMS, SHAWN JORDAN, ALEXANDER ELMORE, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), | 21-cv-6764 |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| JOY ELIZABETH ARMSTRONG, | |
|---|---|
| Plaintiff, | STIPULATION |
| -against- | |
| THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office, | 21-CV-6717 |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN BOEHNER, ALANALEILANI CONNOLLY, CAROLYN DELVECCHIO HOFFMAN, REBECCA GOLDFEDER, SOLOMON GOMINIAK, RYAN HOWE, NICOLE LINDQUIST, SUSANNA MOORE, RYAN MULLANEY, BARBARA RIVERA, ALYSON TROMBULAK, and BETTY WOLFANGER,<br><br>         Plaintiffs,<br>   -against-<br><br>THE CITY OF ROCHESTER, a municipal entity, FRANCIS ARCHETKO, WHITNEY CELENTANO, THOMAS KIRK, DARYL HOGG, KAITLYN TURNER, JEREMY ANZALONE, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br>         Defendants. | STIPULATION<br><br>21-CV-6574 (FPG) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FLANNERY<br>         Plaintiffs,<br>   -against-<br><br>THE CITY OF ROCHESTER, a municipal entity, PAUL ROMANO, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br>         Defendants. | STIPULATION<br><br>22-cv-6101 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| KAITLIN FLANNERY,<br><br>                                                 Plaintiff,<br><br>             -against-<br><br>THE CITY OF ROCHESTER, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                              Defendants. | STIPULATION<br><br>22-cv-6062 (FPG) |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| TIARA GRAYSON,<br><br>                                                 Plaintiff,<br><br>             -against-<br><br>THE CITY OF ROCHESTER, a municipal entity, MARLON WILLIAMS, NICHOLAS VANDEMAR, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                              Defendants. | STIPULATION<br><br>21-cv-6719 (FPG) |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| CHRISTOPHER HILDERBRANT,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, ANDREW DELDUCA, BING REAVES, ANTHONY MAZURKIEWICZ, MICHAEL DIPAOLA, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>Defendants. | STIPULATION<br><br>21-cv-6714 (FPG) |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| EMILY LYNCH,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, BING REAVES, ANTHONY MAZURKIEWICZ, MICHAEL DIPAOLA, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>Defendants. | STIPULATION<br><br>21-cv-6708 (FPG) |
|---|---|

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDIIA MARING,<br><br>            Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, TYLER COUCH, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>            Defendants. | STIPULATION<br><br>21-cv-6720 (FPG) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMIA MCCULLER,<br><br>            Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, MICHAEL COLLINS, AMBER GROSCH, JUSTIN WHITMORE, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present),<br><br>            Defendants. | STIPULATION<br><br>21-cv-6763 (FPG) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WENDY PAINTING,<br><br>            Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>            Defendants. | STIPULATION<br><br>22-cv-6179 (FPG) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| ALYSSA PIGOTT, | |
|---|---|
| Plaintiff, | STIPULATION |
| -against- | 22-cv-6180 (FPG) |
| THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| GEOFFREY ROGERS, | |
|---|---|
| Plaintiff, | STIPULATION |
| -against- | 22-cv-6583 (FPG)(MJP) |
| CITY OF ROCHESTER, a municipal entity, MARK ALLEN, STANLEY KAMINSKI, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SOROKTI,<br><br>             Plaintiff,<br><br>     -against-<br><br>THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), THE COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office, TIMOTHY NANRY,<br><br>            Defendants. | STIPULATION<br><br>21-cv-6709 (FPG) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARANIE RAE STAAB,<br><br>             Plaintiff,<br><br>     -against-<br><br>THE CITY OF ROCHESTER, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>            Defendants. | STIPULATION<br><br>22-cv-6063 (FPG) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>                                    Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, RICHARD ARROWOOD, STEPHANIE BURGSTROM, ERIC SCHIFFMAN, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                    Defendants. | STIPULATION<br><br>21-CV-6685 (FPG) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled actions, pursuant to the Federal Rules of Civil Procedure Rule 15(a)(2), that the defendants consent to the recently filed amended complaints in each of the above actions, which shall now be the operative pleadings. Specifically, Defendants consent to the filing of the amended complaints filed in each case at:

*Andrews*: ECF 30-2

*Armstrong*: ECF 55-2

*Boehner*: ECF 60.

*Amanda Flannery*: ECF 51-2

*Kaitlin Flannery*: ECF 46

*Grayson*: ECF 65

*Hilderbrant*: ECF 62-2

*Lynch*: ECF 64-2

*Maring*: ECF 57-2

*McCuller*: ECF 28

*Painting*: ECF 53

*Pigott*: ECF 53
*Rogers*: ECF 12.
*Sorokti*: ECF 63
*Staab*: ECF 46
*Woodward*: ECF 46

Further, because Defendants consent to the filing of the amended complaints, Plaintiffs will withdraw the motions to amend that were filed in *Andrews* at ECF 30, *Armstrong* at ECF 55, *Lynch* at ECF 64, *Maring* at ECF 57, *Hilderbrant* at ECF 62, *Amanda Flannery* at ECF 51, *Andrews* at ECF 30, and then file the Amended Complaints in those cases.

With respect to the Amended Complaint in *Armstrong*, Plaintiff agrees that she is not adding or making a claim related to the chemical weapons causing her to develop cancer; and she is only making the same type of claims for reproductive harms / menstrual irregularities as plaintiffs in other cases.

Defendants Answers to the amended complaints in each of the above cases shall be due on or before October 26, 2023.

Dated: **September 21**, 2023

ROTH & ROTH LLP

By: *Elliot Shields*
Elliot Dolby Shields, Esq.
*Attorneys for Plaintiffs*
192 Lexington Ave, Suite 802
New York, New York 10016

Linda S. Kingsley, Corporation Counsel

By: _____
Patrick Naylon
*Attorney for City Defendants in Boehner, Amanda Flannery, Kaitlin Flannery, Hilderbrant, Lynch, Maring, Sorokti, Staab*
30 Church Street, Room 400A
Rochester, New York 14614

Linda S. Kingsley, Corporation Counsel

By: _____
John Campolieto
*Attorney for City Defendants in Andrew, Grayson, McCuller, Pigott*
30 Church Street, Room 400A
Rochester, New York 14614

Linda S. Kingsley, Corporation Counsel

By: _____
Christopher Noone
*Attorney for City Defendants in Armstrong, Woodward*
30 Church Street, Room 400A
Rochester, New York 14614

THE COUNTY OF MONROE LAW DEPARTMENT

By: _____
Adam Clark
*Attorney for County Defendants*
307 County Office Building, 39 West Main Street
Rochester, New York 14614

BOND SCHOENECK & KING

By: _____
Mitchell Banas
*Attorney for Defendant Timothy Nanry (in the Sorokti Case)*
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

ROTH & ROTH LLP

By: *Elliot Shields*
Elliot Dolby Shields, Esq.
*Attorneys for Plaintiffs*
192 Lexington Ave, Suite 802
New York, New York 10016

Linda S. Kingsley, Corporation Counsel

By: _____
Patrick Naylon
*Attorney for City Defendants in Boehner, Amanda Flannery, Kaitlin Flannery, Hilderbrant, Lynch, Maring, Sorokti, Staab*
30 Church Street, Room 400A
Rochester, New York 14614

Linda S. Kingsley, Corporation Counsel

By: _____
John Campolieto
*Attorney for City Defendants in Andrew, Grayson, McCuller, Pigott*
30 Church Street, Room 400A
Rochester, New York 14614

Linda S. Kingsley, Corporation Counsel

By: _____
Christopher Noone
*Attorney for City Defendants in Armstrong, Woodward*
30 Church Street, Room 400A
Rochester, New York 14614

THE COUNTY OF MONROE LAW DEPARTMENT

By: _____
Adam Clark
*Attorney for County Defendants*
307 County Office Building, 39 West Main Street
Rochester, New York 14614

BOND SCHOENECK & KING

By: _____
Mitchell Banas
*Attorney for Defendant Timothy Nanry (in the Sorokti Case)*
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

10